IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 24-12043 |
| | : | |
| WAI KWAN LO PHUNG | : | |
| Debtor | : | CHAPTER 13 |

**PRAECIPE FOR ENTRY OF APPEARANCE**
**AND REQUEST FOR SERVICE OF NOTICE**

TO THE CLERK:

    Kindly enter my Appearance on behalf of Bucks County Tax Claim Bureau. Kindly place me on the service list of creditors to receive notice of future filings.

                        BY: /s/ Michael K. Martin
                               Michael K. Martin, Esquire
                               Attorney I.D. # 204895
                               Attorney for Bucks County Tax Claim Bureau
                               P.O. Box 215
                               Perkasie, PA  18944
                               (215) 257-6811