IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 24-12043 |
| | : | |
| WAI KWAN LO PHUNG | : | |
| Debtor | : | CHAPTER 13 |

**PRAECIPE FOR ENTRY OF APPEARANCE**
**AND REQUEST FOR SERVICE OF NOTICE**

TO THE CLERK:

Kindly enter my Appearance on behalf of Bucks County Tax Claim Bureau. Kindly place me on the service list of creditors to receive notice of future filings.

BY: /s/ Kelly L. Eberle
Kelly L. Eberle, Esquire
Attorney I.D. # 306591
Attorney for Bucks County Tax Claim Bureau
P.O. Box 215
Perkasie, PA 18944
(215) 257-6811