Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024  
**Chapter 13 Case No. 24-12043-AMC**

Wai Kwan Lo Phung  
2531 Valley View Road  
Bensalem  PA   19020

Petition Filed Date: 06/14/2024  
341 Hearing Date: 08/23/2024  
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

*\*\*There were no receipts posted to this case for the time period selected\*\**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | YOUNG MARR & ASSOCIATES | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | BUCKS COUNTY WATER&SEWER AUTH »» 01S | Secured Creditors | $6,784.97 | $0.00 | $0.00 |
| 2 | BUCKS COUNTY WATER&SEWER AUTH »» 01U | Unsecured Creditors | $1,154.86 | $0.00 | $0.00 |
| 3 | LVNV FUNDING LLC »» 002 | Unsecured Creditors | $705.47 | $0.00 | $0.00 |
| 4 | CACH, LLC »» 003 | Unsecured Creditors | $29,730.21 | $0.00 | $0.00 |
| 5 | ASHLEY FUNDING SVCS LLC »» 004 | Unsecured Creditors | $370.00 | $0.00 | $0.00 |
| 6 | LVNV FUNDING LLC »» 005 | Unsecured Creditors | $2,580.06 | $0.00 | $0.00 |
| 7 | JEFFERSON CAPITAL SYSTEMS LLC »» 006 | Unsecured Creditors | $1,069.38 | $0.00 | $0.00 |
| 8 | T-MOBILE USA INC »» 007 | Unsecured Creditors | $1,578.14 | $0.00 | $0.00 |
| 9 | HSBC BANK USA NA »» 008 | Unsecured Creditors | $2,655.38 | $0.00 | $0.00 |
| 10 | VERIZON BY AIS AS AGENT »» 009 | Unsecured Creditors | $1,254.61 | $0.00 | $0.00 |
| 11 | VERIZON BY AIS AS AGENT »» 010 | Unsecured Creditors | $534.41 | $0.00 | $0.00 |
| 12 | LVNV FUNDING LLC »» 011 | Unsecured Creditors | $1,910.20 | $0.00 | $0.00 |
| 13 | NATIONSTAR MORTGAGE LLC »» 012 | Mortgage Arrears | $73,470.12 | $0.00 | $0.00 |

**Chapter 13 Case No. 24-12043-AMC**

### SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $0.00 | Current Monthly Payment: | $1,412.00 |
| Paid to Claims: | $0.00 | Arrearages: | $2,824.00 |
| Paid to Trustee: | $0.00 | Total Plan Base: | $84,720.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.