UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: <br>     Wai Kwan Lo Phung <br><br>     Debtor | Chapter 13 <br> Bankruptcy No.24-12043-AMC |

CERTIFICATE OF SERVICE

I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 4th day of November, 2024, by first class mail upon those listed below:

Wai Kwan Lo Phung
2531 Valley View Road
Bensalem, PA  19020

**Electronically via CM/ECF System Only:**

YOUNG MARR  & ASSOCIATES
PAUL H YOUNG ESQUIRE
3554 HULMEVILLE ROAD, SUITE 102
BENSALEM, PA  19020

 

/s/ Kristen Gliem
_____
Kristen Gliem
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee