# U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re**  WAI KWAN LO PHUNG | : | CHAPTER 13 |
| | : | |
| **Debtor(s)** | : | BANKRUPTCY NO. 24-12043 |

## OBJECTION TO CERTIFICATION OF DEFAULT

Debtor(s), Wai Kwan Lo Phung, by their attorney, Paul H. Young, Esquire, hereby objects to the Certification of Default filed by **The Bank of New York Mellon f/k/a The Bank of New York as Indenture Trustee for Newcastle Mortgage Securities Trust 2007-1** on February 14, 2025. Debtors believe they can become current on all post-petition payments due under the October 2, 2024 stipulation with the Lender.

Respectfully submitted,

/s/ Paul H. Young
PAUL H. YOUNG, Esquire
Young, Marr & Associates
3554 Hulmeville Road, Suite 102
Bensalem, PA 19020
P: 215-639-5297
F: 215-639-1344
support@ymalaw.com

Dated: February 17, 2025