*Form 167* (1/25)–doc 52 – 50

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>    Wai Kwan Lo Phung<br><br>    Debtor(s). | Case No. 24–12043–amc<br><br>Chapter: 13 |

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Certification of Default of Stipulation Terms Filed by DENISE ELIZABETH CARLON on behalf of THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK as Indenture Trustee for Newcastle Mortgage Securities Trust 2007–1

on: 3/5/25

at: 11:00 AM

in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

Date: February 18, 2025

For The Court

Timothy B. McGrath
Clerk of Court