United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Wai Kwan Lo Phung  
    Debtor

Case No. 24-12043-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3  
Date Rcvd: Feb 26, 2025     Form ID: 155     Total Noticed: 30

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 28, 2025:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Wai Kwan Lo Phung, 2531 Valley View Road, Bensalem, PA 19020-2262 |
| 14897705 | | Aqua Pennsylvania, Inc., 762 W. Lancaster Avenue, Bryn Mawr, PA 19010-3489 |
| 14909844 | + | Bucks County Tax Claim Bureau, C/O Michael Kevin Martin, P.O. Box 215, Perkasie, PA 18944-0215 |
| 14897706 | + | Bucks County Tax Claim Bureau, Court House, 55 E. Court Street, Doylestown, PA 18901-4331 |
| 14897707 | | Bucks County Water & Sewer Authority, PO Box 8457, Philadelphia, PA 19101 |
| 14900348 | + | Bucks County Water and Sewer Authority, 1275 Almshouse Road, Warrington 18976-1209 |
| 14897722 | + | Terminix/servicemaster, 150 Peabody Place, Memphis, TN 38103-3700 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| 14902366 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 27 2025 01:28:43 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14902365 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 27 2025 03:04:52 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14897708 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 27 2025 01:29:18 | Cap1/wmt, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14897709 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 27 2025 03:05:00 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14897710 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 27 2025 01:39:59 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14897711 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 27 2025 00:55:00 | Comenitybank/wayfair, Po Box 182789, Columbus, OH 43218-2789 |
| 14897712 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 27 2025 00:55:00 | Comenitycb/bjsclub, Po Box 182120, Columbus, OH 43218-2120 |
| 14897713 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 27 2025 00:55:00 | Comenitycb/boscov, Po Box 182120, Columbus, OH 43218-2120 |
| 14897714 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 27 2025 01:28:42 | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 14897717 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 27 2025 02:21:39 | Macys/dsnb, Po Box 8218, Mason, OH 45040 |
| 14911870 | ^ | MEBN | Feb 27 2025 00:26:22 | HSBC Bank USA, N.A., 2929 Walden Ave C9 Attn:Business Service, Depew, NY 14043-2690 |
| 14897715 | + | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Feb 27 2025 00:54:00 | Hsbc Bank, Po Box 2013, Buffalo, NY 14240-2013 |
| 14909212 | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 27 2025 00:55:00 | Jefferson Capital Systems, LLC, PO Box 7999, St. Cloud, MN 56302-9617 |
| 14897716 | + | Email/Text: PBNCNotifications@peritusservices.com | | |

| Recip ID | Bypass/Delivery | Timestamp | Name and Address |
|---|---|---|---|
|  |  | Feb 27 2025 00:54:00 | Kohls/capone, Po Box 3115, Milwaukee, WI 53201-3115 |
| 14902364 | Email/PDF: resurgentbknotifications@resurgent.com | Feb 27 2025 01:39:52 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14897718 | + Email/Text: nsm_bk_notices@mrcooper.com | Feb 27 2025 00:54:00 | Nationstar/mr Cooper, 350 Highland, Houston, TX 77009-6623 |
| 14897719 | + Email/Text: cedwards@ncsplus.com | Feb 27 2025 00:55:00 | Ntl Crdt Sys, 117 E 24th St, New York, NY 10010-2937 |
| 14897720 | + Email/PDF: ais.sync.ebn@aisinfo.com | Feb 27 2025 01:29:25 | Syncb/care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14911837 | + Email/PDF: ebn_ais@aisinfo.com | Feb 27 2025 01:39:45 | T Mobile/T-Mobile USA Inc, by AIS Infosource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14897721 | + Email/Text: bncmail@w-legal.com | Feb 27 2025 00:55:00 | Td Bank Usa/targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 14897723 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 27 2025 03:05:12 | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14900671 | ^ MEBN | Feb 27 2025 00:26:15 | The Bank of New York Mellon, c/o KML Law Group P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14914236 | + Email/PDF: ebn_ais@aisinfo.com | Feb 27 2025 03:04:52 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14918114 |  | THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 28, 2025          Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 26, 2025 at the address(es) listed below:

**Name** | **Email Address**

DENISE ELIZABETH CARLON
on behalf of Creditor THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK as Indenture Trustee for Newcastle Mortgage Securities Trust 2007-1 bkgroup@kmllawgroup.com

KELLY LYN EBERLE

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Feb 26, 2025 | Form ID: 155 | Total Noticed: 30 |

on behalf of Creditor Bucks County Tax Claim Bureau keberle@grimlaw.com  ksaborsky@grimlaw.com

MICHAEL KEVIN MARTIN
    on behalf of Creditor Bucks County Tax Claim Bureau mmartin@grimlaw.com  ksaborsky@grimlaw.com

PAUL H. YOUNG
    on behalf of Debtor Wai Kwan Lo Phung support@ymalaw.com
    ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com
    ,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>    Wai Kwan Lo Phung<br><br>    Debtor(s). | Case No. 24−12043−amc<br><br>Chapter: 13 |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: February 26, 2025

For The Court

Ashely M. Chan
Chief Judge, United States Bankruptcy Court