Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025  
**Chapter 13 Case No. 24-12043-AMC**

Wai Kwan Lo Phung  
2531 Valley View Road  
Bensalem  PA   19020

Petition Filed Date: 06/14/2024  
341 Hearing Date: 08/23/2024  
Confirmation Date: 02/26/2025

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 09/09/2024 | $1,412.00 | | 09/19/2024 | $1,415.00 | | 10/11/2024 | $1,412.00 | |
| 11/14/2024 | $1,765.00 | | 01/24/2025 | $1,765.00 | | 02/24/2025 | $1,765.00 | |
| 03/17/2025 | $1,765.00 | | 05/15/2025 | $1,765.00 | | | | |

**Total Receipts for the Period: $13,064.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $13,064.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | YOUNG MARR & ASSOCIATES | Attorney Fees | $4,725.00 | $4,725.00 | $0.00 |
| 1 | BUCKS COUNTY WATER&SEWER AUTH »» 01S | Secured Creditors | $6,958.83 | $577.18 | $6,381.65 |
| 2 | BUCKS COUNTY WATER&SEWER AUTH »» 01U | Unsecured Creditors | $1,154.86 | $0.00 | $1,154.86 |
| 3 | LVNV FUNDING LLC »» 002 | Unsecured Creditors | $705.47 | $0.00 | $705.47 |
| 4 | CACH, LLC »» 003 | Unsecured Creditors | $29,730.21 | $0.00 | $29,730.21 |
| 5 | ASHLEY FUNDING SVCS LLC »» 004 | Unsecured Creditors | $370.00 | $0.00 | $370.00 |
| 6 | LVNV FUNDING LLC »» 005 | Unsecured Creditors | $2,580.06 | $0.00 | $2,580.06 |
| 7 | JEFFERSON CAPITAL SYSTEMS LLC »» 006 | Unsecured Creditors | $1,069.38 | $0.00 | $1,069.38 |
| 8 | T-MOBILE USA INC »» 007 | Unsecured Creditors | $1,578.14 | $0.00 | $1,578.14 |
| 9 | HSBC BANK USA NA »» 008 | Unsecured Creditors | $2,655.38 | $0.00 | $2,655.38 |
| 10 | VERIZON BY AIS AS AGENT »» 009 | Unsecured Creditors | $1,254.61 | $0.00 | $1,254.61 |
| 11 | VERIZON BY AIS AS AGENT »» 010 | Unsecured Creditors | $534.41 | $0.00 | $534.41 |
| 12 | LVNV FUNDING LLC »» 011 | Unsecured Creditors | $1,910.20 | $0.00 | $1,910.20 |
| 13 | NATIONSTAR MORTGAGE LLC »» 12A | Mortgage Arrears | $73,470.12 | $6,093.76 | $67,376.36 |
| 14 | NATIONSTAR MORTGAGE LLC »» 12B | Mortgage Arrears | $6,339.40 | $525.80 | $5,813.60 |
| 15 | AQUA PENNSYLVANIA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 24-12043-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 16 | CAPITAL ONE BANK USA NA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 17 | CAPITAL ONE BANK USA NA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 18 | CAPITAL ONE BANK USA NA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 19 | CAPITAL ONE BANK USA NA | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 20 | CAPITAL ONE BANK USA NA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 21 | COMENITY BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 22 | COMENITY BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 23 | COMENITY BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 24 | KOHLS/CAPITAL ONE | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 25 | MACYS | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 26 | NCSPLUS INCORPORATED | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 27 | SYNCB/CARCARE ONE | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 28 | TARGET NATIONAL BANK VISA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 29 | TERMINIX | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 30 | THD/CBNA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $13,064.00 | Current Monthly Payment: | $1,765.00 |
| Paid to Claims: | $11,921.74 | Arrearages: | $7,413.00 |
| Paid to Trustee: | $1,142.26 | Total Plan Base: | $101,667.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.