United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 24-12043-amc

Wai Kwan Lo Phung     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3

Date Rcvd: Oct 30, 2025     Form ID: pdf900     Total Noticed: 33

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Wai Kwan Lo Phung, 2531 Valley View Road, Bensalem, PA 19020-2262 |
| 14897706 | + | Bucks County Tax Claim Bureau, Court House, 55 E. Court Street, Doylestown, PA 18901-4331 |
| 14909844 | + | Bucks County Tax Claim Bureau, C/O Michael Kevin Martin, P.O. Box 215, Perkasie, PA 18944-0215 |
| 14897707 | | Bucks County Water & Sewer Authority, PO Box 8457, Philadelphia, PA 19101 |
| 14900348 | + | Bucks County Water and Sewer Authority, 1275 Almshouse Road, Warrington 18976-1209 |
| 14897722 | + | Terminix/servicemaster, 150 Peabody Place, Memphis, TN 38103-3700 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 31 2025 00:26:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 31 2025 00:26:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14897705 | ^ | MEBN | Oct 31 2025 00:19:25 | Aqua Pennsylvania, Inc., 762 W. Lancaster Avenue, Bryn Mawr, PA 19010-3489 |
| 14902366 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 31 2025 00:24:47 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14902365 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 31 2025 00:35:59 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14897708 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 31 2025 00:37:11 | Cap1/wmt, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14897709 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 31 2025 00:38:25 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14897710 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 31 2025 00:23:49 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14897711 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 31 2025 00:26:00 | Comenitybank/wayfair, Po Box 182789, Columbus, OH 43218-2789 |
| 14897712 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 31 2025 00:26:00 | Comenitycb/bjsclub, Po Box 182120, Columbus, OH 43218-2120 |
| 14897713 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 31 2025 00:26:00 | Comenitycb/boscov, Po Box 182120, Columbus, OH 43218-2120 |
| 14897714 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 31 2025 00:23:50 | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 14897717 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 31 2025 00:36:01 | Macys/dsnb, Po Box 8218, Mason, OH 45040 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14911870 | ^ | MEBN | Oct 31 2025 00:19:22 | HSBC Bank USA, N.A., 2929 Walden Ave C9 Attn:Business Service, Depew, NY 14043-2690 |
| 14897715 | + | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Oct 31 2025 00:25:00 | Hsbc Bank, Po Box 2013, Buffalo, NY 14240-2013 |
| 14909212 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 31 2025 00:26:00 | Jefferson Capital Systems, LLC, PO Box 7999, St. Cloud, MN 56302-9617 |
| 14897716 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 31 2025 00:38:20 | Kohls/capone, Po Box 3115, Milwaukee, WI 53201-3115 |
| 14902364 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 31 2025 00:24:42 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15043917 | + | Email/Text: ecfbnc@aldridgepite.com | Oct 31 2025 00:26:00 | Nationstar Mortgage LLC., C/O Shawn Miller, ALDRIDGE PITE, LLP, 3333 Camino del Rio South, Suite 225, San Diego, CA 92108-3808 |
| 14897718 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 31 2025 00:26:00 | Nationstar/mr Cooper, 350 Highland, Houston, TX 77009-6623 |
| 14897719 | + | Email/Text: cedwards@ncsplus.com | Oct 31 2025 00:26:00 | Ntl Crdt Sys, 117 E 24th St, New York, NY 10010-2937 |
| 14897720 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 31 2025 00:24:42 | Syncb/care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14911837 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 31 2025 00:24:42 | T Mobile/T-Mobile USA Inc, by AIS Infosource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14897721 | + | Email/Text: bncmail@w-legal.com | Oct 31 2025 00:26:00 | Td Bank Usa/targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 14897723 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 31 2025 00:37:01 | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14900671 | ^ | MEBN | Oct 31 2025 00:19:18 | The Bank of New York Mellon, c/o KML Law Group P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14914236 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 31 2025 00:24:44 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Nationstar Mortgage LLC |
| 14918114 | | THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

District/off: 0313-2    User: admin    Page 3 of 3
Date Rcvd: Oct 30, 2025    Form ID: pdf900    Total Noticed: 33

Date: Nov 01, 2025          Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 30, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|

**DENISE ELIZABETH CARLON**
on behalf of Creditor THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK as Indenture Trustee for Newcastle Mortgage Securities Trust 2007-1 bkgroup@kmllawgroup.com

**KELLY LYN EBERLE**
on behalf of Creditor Bucks County Tax Claim Bureau keberle@grimlaw.com ksaborsky@grimlaw.com;bnorth@grimlaw.com

**MICHAEL KEVIN MARTIN**
on behalf of Creditor Bucks County Tax Claim Bureau mmartin@grimlaw.com ksaborsky@grimlaw.com;bnorth@grimlaw.com

**PAUL H. YOUNG**
on behalf of Debtor Wai Kwan Lo Phung support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com

**SCOTT F. WATERMAN [Chapter 13]**
ECFMail@ReadingCh13.com

**United States Trustee**
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:  
    Wai Kwan Lo Phung

Chapter 13

Bankruptcy No. 24-12043-AMC

Debtor

ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED and Debtor is barred from filing bankruptcy, either individually or jointly with a spouse under any section of the code, without prior leave of Court FOR A PERIOD OF ONE YEAR.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: October 30, 2025**

ASHELY M. CHAN  
U.S. BANKRUPTCY JUDGE