## U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: WAI KWAN LO PHUNG | : CHAPTER 13 |
| | : |
| Debtor(s) | : BANKRUPTCY NO. 24-12043AMC |

### ORDER

**AND NOW**, this _____ day of _____, 2025, upon consideration of Debtor's Motion to Reconsider Dismissal Order dated October 30, 2025, it is hereby **ORDERED** and **DECREED** that the Debtor's Motion to Reconsider Dismissal is hereby GRANTED. The Automatic Stay of Proceedings SHALL remain in full force and effect until further Order of Court.

**Date: February 6, 2026**

BY THE COURT:

_(signed)_
ASHELY M. CHAN
CHIEF, U.S. BANKRUTPCY JUDGE