Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Wai Kwan Lo Phung
2531 Valley View Road
Bensalem, PA 19020

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 24-12043-AMC**

Petition Filed Date: 06/14/2024
341 Hearing Date: 08/23/2024
Confirmation Date: 02/26/2025

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 09/02/2025 | $1,801.00 | | 09/19/2025 | $1,800.00 | | 11/03/2025 | $1,850.00 | |
| 02/12/2026 | $10,787.00 | 2412043-W. Pl | 04/01/2026 | $1,800.00 | | | | |

**Total Receipts for the Period: $18,038.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $38,102.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | YOUNG MARR MALLIS & ASSOCIATES | Attorney Fees | $4,725.00 | $4,725.00 | $0.00 |
| 1 | BUCKS COUNTY WATER&SEWER AUTH<br>»» 01S | Secured Creditors | $6,958.83 | $1,918.79 | $5,040.04 |
| 2 | BUCKS COUNTY WATER&SEWER AUTH<br>»» 01U | Unsecured Creditors | $1,154.86 | $0.00 | $1,154.86 |
| 3 | LVNV FUNDING LLC<br>»» 002 | Unsecured Creditors | $705.47 | $0.00 | $705.47 |
| 4 | CACH, LLC<br>»» 003 | Unsecured Creditors | $29,730.21 | $0.00 | $29,730.21 |
| 5 | ASHLEY FUNDING SVCS LLC<br>»» 004 | Unsecured Creditors | $370.00 | $0.00 | $370.00 |
| 6 | LVNV FUNDING LLC<br>»» 005 | Unsecured Creditors | $2,580.06 | $0.00 | $2,580.06 |
| 7 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 006 | Unsecured Creditors | $1,069.38 | $0.00 | $1,069.38 |
| 8 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 007 | Unsecured Creditors | $1,578.14 | $0.00 | $1,578.14 |
| 9 | HSBC BANK USA NA<br>»» 008 | Unsecured Creditors | $2,655.38 | $0.00 | $2,655.38 |
| 10 | VERIZON BY AIS AS AGENT<br>»» 009 | Unsecured Creditors | $1,254.61 | $0.00 | $1,254.61 |
| 11 | VERIZON BY AIS AS AGENT<br>»» 010 | Unsecured Creditors | $534.41 | $0.00 | $534.41 |
| 12 | LVNV FUNDING LLC<br>»» 011 | Unsecured Creditors | $1,910.20 | $0.00 | $1,910.20 |
| 13 | NATIONSTAR MORTGAGE LLC DBA MR COOPER<br>»» 12A | Mortgage Arrears | $73,470.12 | $20,258.25 | $53,211.87 |

**Chapter 13 Case No. 24-12043-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 14 | NATIONSTAR MORTGAGE LLC DBA MR COOPER »» 12B | Mortgage Arrears | $6,339.40 | $1,748.00 | $4,591.40 |
| 15 | AQUA PENNSYLVANIA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 16 | CAPITAL ONE BANK USA NA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 17 | CAPITAL ONE BANK USA NA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 18 | CAPITAL ONE BANK USA NA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 19 | CAPITAL ONE BANK USA NA | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 20 | CAPITAL ONE BANK USA NA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 21 | COMENITY BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 22 | COMENITY BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 23 | COMENITY BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 24 | KOHLS/CAPITAL ONE | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 25 | MACYS | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 26 | NCSPLUS INCORPORATED | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 27 | SYNCB/CARCARE ONE | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 28 | TARGET NATIONAL BANK VISA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 29 | TERMINIX | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 30 | THD/CBNA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 0 | Wai Kwan Lo Phung | Debtor Refunds | $1,850.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $38,102.00 | Current Monthly Payment: | $1,765.00 |
| Paid to Claims: | $28,650.04 | Arrearages: | $3,555.00 |
| Paid to Trustee: | $2,990.95 | Total Plan Base: | $101,667.00 |
| Funds on Hand: | $6,461.01 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.